AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

APPEARANCE

v.

JUAN CARLOS MARTINEZ-Martinez

CASE NUMBER: 108-MJ-115M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN CARLOS MARTINEZ-MARTINEZ

I certify that I am admitted to practice in this court.

8-8-2008
*Date*

Robert B. Mann
*Signature*

Robert B. MANN 0153
*Print Name* *Bar Number*

ONE TURKS HD PL. STE 610
*Address*

PROV RI 02903
*City* *State* *Zip Code*

401-351-5770 401-521-4305
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.