AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF
Rhode Island

UNITED STATES OF AMERICA

V.

JUAN CARLOS MARTINEZ-MARTINEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08-MJ-115M

I, JUAN CARLOS MARTINEZ-MARTINEZ, charged in a (complaint) (petition) pending in this District with USE AND ~~ATTEMPT TO~~ POSSESSION OF FALSE IDENTIFICATION DOCUMENTS in violation of Title 18, U.S.C., 1546(b), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Defendant

8-8-2007
Date

Robert S. M
Counsel for Defendant