# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. 1:08-MJ-115M***

***To:*** ***US ICE***
***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **Juan Carlos Martinez-Martinez**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **8:30 o'clock a.m.**, on the 8th day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

11:30Am

I hereby certify and return that I did bring before the court the named defendant, on the date and time ordered.

Deputy U.S. Marshal

Initital Appearance

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: August 6, 2008.

David A. DiMarzio, Clerk

***By*** ***Martha Saucier - Deputy Clerk***