UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:08-MJ-115M |
| | : | |
| JUAN CARLOS MARTINEZ-MARTINEZ | : | |

JOINT MOTION TO EXTEND TIME TO INDICT

The United Sates of America and Juan Carlos Martinez-Martinez, by and through counsel, jointly move this Honorable Court for an Order extending the period of time in which this action must be indicted to October 1, 2008. As grounds, the parties aver:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary;

2. Counsel for the Defendant desires additional time to consult with the defendant as such consultations require the services of a translator, and accordingly are difficult to schedule.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

A proposed order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

By: s/John P. McAdams
Assistant United States Attorney

JUAN CARLOS MARTINEZ-MARTINEZ
DEFENDANT
Robert Mann, Esq. For Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:08-MJ-115M |
| | : | |
| JUAN CARLOS MARTINEZ-MARTINEZ | : | ORDER |

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (John P. McAdams, Assistant U.S. Attorney,) and Juan Carlos Martinez-Martinez (Attorney Robert Mann, Esq., ) for an order extending the period of time in which the matter must be indicted to October 1, 2008 to permit the parties to continue plea negotiations and to finalize a plea agreement, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this period in which this matter must be indicted action should be continued to October 1, 2008, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Counsel for the Defendant desires additional time to consult with the defendant, and such consultations require the services of a translator.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ____ day of _________, 2008

ORDERED that the time period in which this matter must be indicted shall be extend to October 1, 2008.

IT IS FURTHER ORDERED that the period from August 29, 2008, through October 1, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

______________________________
HON. DAVID L. MARTIN
United States Magistrate Judge